## HILLCREST LABORATORIES, INC., Appellant

v.

## MOVEA, INC., Appellee

### 2016-1738

United States Court of Appeals, Federal Circuit.

April 6, 2017

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by RAJEEV GUPTA, KARTHIK KUMAR.

PIERRE YANNEY, Stroock & Stroock & Lavan LLP, New York, NY, argued for appellee.

(Reyna, Mayer, and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## IN RE: HONEYWELL INTERNATIONAL INC., Appellant

### 2016-1839

United States Court of Appeals, Federal Circuit.

April 6, 2017

ROBERT WILLIAM MOLITORS, Miles & Stockbridge PC, Tysons Corner, VA, argued for appellant. Also represented by KURT CHARLES ROMMEL, MICHAEL ANTHONY MESSINA.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria Virginia, argued for Intervenor Michelle K. Lee. Also represented by NATHAN K. KELLY, SCOTT WEIDENFELLER, JOSEPH MATAL, THOMAS W. KRAUSE, MOLLY R. SILFEN.

(Taranto, Schall, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**